SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY C. DIXON, #138238, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0811-WS-N |
| CMS MEDICAL, et al., | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 23rd day of February, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE